THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY RYANS, Appellant. [868 NYS2d 534]

Contrary to the defendant's contention, the record demonstrates that he received the effective assistance of trial counsel (*see People v Baldi,* 54 NY2d 137 [1981]; *People v Myers,* 220 AD2d 461 [1995]). Defense counsel's trial strategy apparently was to secure his acquittal of murder in the first degree, which strategy was successful.

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Mastro, J.P., Florio, Eng and Chambers, JJ., concur.